IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:04CV250

| | |
|---|---|
| BARRY B. HORTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER OF DISMISSAL** |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court for dismissal.

The Plaintiff having failed to respond to the Court's Show Cause Order filed February 7, 2006,

**IT IS, THEREFORE, ORDERED** that this matter is hereby **DISMISSED** for Plaintiff's failure to prosecute.

Signed: March 1, 2006

Lacy H. Thornburg
United States District Judge